**ASHANN–RA, Plaintiff—Appellant,**

**and**

**United States of America, Intervenor/Plaintiff,**

v.

**Gene M. JOHNSON; Linda Shear; Tim W. Evans, Counselor; Corporal Viers, Claim # 13; Commonwealth of Virginia, Claims # 13 and # 22; Ron Angelone, Claim # 22; Dan Armstrong; Duncan Mills, Claim # 22; Chief of Operations, Claim # 22; Daniel Braxton, Claim # 35; Larry Huffman, Claim # 35; Gary L. Bass; W.W. Rogers, Defendants—Appellees,**

**and**

Tony F. McAnally; D.P. Smith, Classification; Richard A. Young; Larry W. Huffman; Melanie Parr; Regional Ombudsman; Page True; Stan Young; Adam Harvey; Terry Monk, Counselor; M. Hensley; Stacy Rider; Farmer, Mailroom Clerk; Richardson, Mailroom Clerk; Corporal Russell; Sergeant Head; Jerry W. Armentrout; D. Vass; Richard Fleming, Major; Leslie Fleming, Captain; Bill Ferguson; J. Kiser, Captain; Kelly Jean Chris, Lieutenant; Michael Younce, Lieutenant; Stacy Mullins, Lieutenant; L.W. Cox, Lieutenant; Jim Robinson, Lieutenant; Charles Rambo; John Honaker, Lieutenant; Ricky Rose, Lieutenant; Ronald Mack Fowler, Lieutenant; J.B. Quinn, Sergeant; Gregory Deel, Sergeant; Sergeant Childress; Delmer Tate; Johnny Kendrick; Jeffrey D. Phillips; Nancy Rose; G. Counts, Corporal; J. Ely; T. Hale; J. Artrip, Officer; T. Younce; B. Maggard; W. Scanlon; S. Deel; D. Deel; A. Kilbourne; Corporal Ring; D. Gregory Baker; Corporal Flutz; Corporal Baker; Corporal Creear; Corporal Foster; Corporal Deel; Corporal Brown; R.A. Edwards, Jr., M.D., Corporal; John Doe; Officer in Charge; J. Large; Corporal Hopkins; John Doe, Two unknown A–3 control room correctional officers; Tim W. Evans, Counselor; L. Mills, Counselor; R. Duffy, Counselor; L. Mullins, Counselor; J. Bolling; N.C. Lewis; Counselor Sykes; Counselor Jessee; Counselor Gibson; Sandy Mullins; Teresa Pease, Mailroom Clerk; Leigh McCoy; Pamela Saul; D. McKnight; L. Millins, Hearing Officer; Rose, Laundry Manager; J. Fraley, Former Virginia Department of Corrections Officer, Defendants.

**No. 03–7359.**

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 31, 2003.

Decided March 2, 2004.

Ashann–Ra, Appellant pro se. Joshua Z. Rabinovitz, Catherine Yvonne Hancock, Michael Scott Raab, United States Department of Justice, for Intervenor. Pamela Anne Sargent, Assistant Attorney General, for Appellees.

Before WIDENER, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Ashann–Ra appeals the district court's order denying his free exercise claim filed under 42 U.S.C. § 1983 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. *See Ashann–Ra v. Johnson,* No. CA–02–927–7 (W.D.Va. Aug. 22, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*